No. 3485.—CASTELLANO, aplte., *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, apda.—C. D. Ponce. Julio 20, 1925. Habiendo la parte apelante levantado la cuestión de la suficiencia de la compensación concedida por la Comisión de Indemnizaciones así como la de la apreciación de la prueba; por las razones consignadas en el caso de *Bruno v. Comisión de Indemnizaciones,* de julio 10, 1925 y casos allí citados y porque creemos que la prueba ha sido debidamente aquilatada, se confirma la sentencia apelada.